| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on October 17, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>    HERMES A AYALA | Case No.:  19-24894<br><br>Hearing Date:  10/16/2019<br><br>Judge:  ROSEMARY GAMBARDELLA |

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: October 17, 2019**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

Debtor(s): HERMES A AYALA

Case No.: 19-24894RG

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 10/16/2019 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 10/16/2019 of the plan filed on 07/31/2019, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 10/23/2019 or the case will be dismissed; and it is further

ORDERED, that Debtor must amend schedules B, D, and J to all address the motorcycle by 10/23/19 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.