Case 19-24894-RG    Doc 28    Filed 10/26/19    Entered 10/27/19 00:40:21    Desc Imaged
                    Certificate of Notice    Page 1 of 3
Form oresadoc – oresadocv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  19−24894−RG
                Chapter:  13
                Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hermes A Ayala
   115 Christie St., Fl 2
   Leonia, NJ 07605

Social Security No.:
   xxx−xx−8544

Employer's Tax I.D. No.:

**ORDER RESPECTING
AMENDMENT TO SCHEDULE D, E/F, G OR H
OR LIST OF CREDITORS**

    The Court having noted that the debtor filed an Amendment to Schedule D on 10/23/2019 or to the List of Creditors on 10/23/2019 , and for good cause shown, it is

    ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(ies) being deleted, added or modified and to the trustee in the case, if any, not later than 7 days after the date of this Order.

    It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 7 days after the date of this Order, the following:

    1.   A copy of the applicable Notice of Chapter 13 Bankruptcy Case, and

    2.   In a Chapter 11 case:

       a)   a copy of the last modified plan and disclosure statement, if any, and

       b)   a copy of any order approving the adequacy of the disclosure statement
       and/or the scheduling of the plan for confirmation.

    3.   In a Chapter 12 or Chapter 13 case:

       a)   a copy of the Notice of Hearing on Confirmation of Plan, if any, and

       b)   a copy of the last modified plan that has been filed in the case.

    It is further ORDERED that not later than 7 days after the date of this Order, the debtor(s) must file the Local Form, Certification of Service, certifying compliance with the above requirements.

    It is further ORDERED that the added creditors or parties have

    1.   until the original deadline, if any, fixed by the court to file a complaint to object to
    the debtor's discharge or dischargeability of certain debts, or sixty 60 days from the date of this Order,
    whichever is later;

    2.   until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement,

or sixty 60 days from the date of this Order, whichever is later;

3.    until the original deadline fixed by the Court to object to exemptions, or thirty 30 days from the date of this Order, whichever is later.

Dated: October 24, 2019
JAN: sjp

<u>Rosemary Gambardella</u>
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-24894-RG
Hermes A Ayala                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Oct 24, 2019
                              Form ID: oresadoc    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2019.
db          +Hermes A Ayala,    115 Christie St.,   Fl 2,   Leonia, NJ 07605-1901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 25 2019 00:52:39     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
                                                                                               TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Harley-Davidson dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michael R. DuPont    on behalf of Creditor    Liberty Savings Federal Credit Union
               dupont@redbanklaw.com, dana@redbanklaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Harley-Davidson rsolarz@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Hermes A Ayala rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6