**RUSSELL LOW, ESQ. RLL-4745**
**LOW & LOW, LLC.**
**Attorneys at Law**
**505 Main Street**
**Hackensack, NJ 07601**
**(201) 343-4040**
**Attorney for Debtor**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Hermes A. Ayala | : | CASE NO. 19-24894 |
| Debtor | : | HONORABLE ROSEMARY GAMBARDELL |

---

**ATTORNEY'S RESPONSE TO NOTICE OF MOTION TO DISMISS PETITION**

---

I, Russell L. Low, Esq. hereby certify the following:

1. I, Russell L. Low, Esq. represent the debtor Hermes A. Ayala in this bankruptcy proceeding.
2. On August 4, 2022 a Notice of Motion to Dismiss was entered by the Chapter 13 Trustee.
3. The Certification states the debtor is delinquent $450.00.
4. My legal staff and the debtor cannot get each other on the phone at the exact same time, therefore a response must be filed.
5. However, we will have this matter resolved before the hearing date.

I hereby certify that the foregoing statements made by me are true and correct to the best of my knowledge.

Date:  August 31, 2022                             /s/ Russell L. Low
                                                   **Russell L. Low, Esq.**
                                                   Attorney for the Debtor