Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−24894−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Hermes A Ayala
115 Christie St., Fl 2
Leonia, NJ 07605

Social Security No.:
xxx−xx−8544

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/7/23.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 7, 2023
JAN: slm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Hermes A Ayala  
    Debtor

Case No. 19-24894-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Mar 07, 2023      Form ID: 148      Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hermes A Ayala, 115 Christie St., Fl 2, Leonia, NJ 07605-1901 |
| cr | + | Liberty Savings Federal Credit Union, McKenna DuPont Higgins & Stone, 229 Broad Street, P.O. Box 610, Red Bank, NJ 07701-0610 |
| 518383438 | + | Catherine Ayala, 14 Paterson St, Jersey City, NJ 07307-2721 |
| 518383448 | + | LIBERTY SAVINGS FCU, ATTN: BANKRUPTCY, 666 NEWARK AVE, JERSEY CITY, NJ 07306-2398 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 07 2023 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 07 2023 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| consult | + | EDI: RMSC.COM | Mar 08 2023 01:40:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518383439 | + | EDI: BANKAMER.COM | Mar 08 2023 01:40:00 | BANK OF AMERICA, 4909 SAVARESE CIRCLE, FL1-908-01-50, TAMPA, FL 33634-2413 |
| 518383440 | + | EDI: CAPITALONE.COM | Mar 08 2023 01:40:00 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518383441 | + | Email/Text: bankruptcy@cavps.com | Mar 07 2023 20:46:00 | CAVALRY PORTFOLIO SERVICES, ATTN: BANKRUPTCY DEPARTMENT, 500 SUMMIT LAKE STE 400, VALHALLA, NY 10595-2321 |
| 518383442 | + | EDI: CITICORP.COM | Mar 08 2023 01:40:00 | CITIBANK/SEARS, ATTN: BANKRUPTCY, PO BOX 6275, SIOUX FALLS, SD 57117-6275 |
| 518387182 | + | Email/Text: bankruptcy@cavps.com | Mar 07 2023 20:46:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518407069 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 07 2023 20:46:00 | Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 518383444 | + | EDI: AMINFOFP.COM | Mar 08 2023 01:40:00 | FIRST PREMIER BANK, ATTN: BANKRUPTCY, PO BOX 5524, SIOUX FALLS, SD 57117-5524 |
| 518527666 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Mar 07 2023 20:45:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison TX 75001-9013 |
| 518417198 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Mar 07 2023 20:45:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 518383443 | | EDI: BLUESTEM | | |

| Recip ID | | Bypass/Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 08 2023 01:40:00 | FINGERHUT, ATTN: BANKRUPTCY, PO BOX 1250, SAINT CLOUD, MN 56395 |
| 518451906 | | EDI: JEFFERSONCAP.COM | | |
| | | | Mar 08 2023 01:40:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518383446 | | EDI: JEFFERSONCAP.COM | | |
| | | | Mar 08 2023 01:40:00 | JEFFERSON CAPITAL SYSTEMS, LLC, PO BOX 1999, SAINT CLOUD, MN 56302 |
| 518383445 | + | EDI: JEFFERSONCAP.COM | | |
| | | | Mar 08 2023 01:40:00 | Jefferson Capital System, LLC, ATTN: Louis A. Greenfield, P.O Box 17210, Golden, CO 80402-6020 |
| 518383447 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Mar 07 2023 20:45:00 | KOHLS/CAPITAL ONE, KOHLS CREDIT, PO BOX 3120, MILWAUKEE, WI 53201-3120 |
| 518504543 | | Email/Text: laura@redbanklaw.com | | |
| | | | Mar 07 2023 20:45:00 | Liberty Savings Federal Credit Union, C/O McKenna, DuPont, Higgins & Stone, PC, PO Box 610, Red Bank, NJ 07701-0610 |
| 518383450 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Mar 07 2023 20:45:00 | MIDLAND FUNDING, 2365 NORTHSIDE DR STE 300, SAN DIEGO, CA 92108-2710 |
| 518383451 | + | EDI: RECOVERYCORP.COM | | |
| | | | Mar 08 2023 01:40:00 | PORTFOLIO RECOVERY, PO BOX 41021, NORFOLK, VA 23541-1021 |
| 518494506 | | EDI: PRA.COM | | |
| | | | Mar 08 2023 01:40:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518383453 | + | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | | Mar 07 2023 20:46:00 | SANTANDER CONSUMER USA, ATTN: BANKRUPTCY, PO BOX 961245, FORT WORTH, TX 76161-0244 |
| 518383454 | + | EDI: RMSC.COM | | |
| | | | Mar 08 2023 01:40:00 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518385746 | + | EDI: RMSC.COM | | |
| | | | Mar 08 2023 01:40:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518383449 | *+ | LIBERTY SAVINGS FCU, ATTN: BANKRUPTCY, 666 NEWARK AVE, JERSEY CITY, NJ 07306-2398 |
| 518383452 | *+ | PORTFOLIO RECOVERY, PO BOX 41021, NORFOLK, VA 23541-1021 |
| 518383455 | ##+ | THRIFT INVESTMENT CORP, ATTN: BANKRUPTCY DEPARTMENT, 720 KING GEORGE RD., FORDS, NJ 08863-1974 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 09, 2023    Signature:    /s/Gustava Winters

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 07, 2023 | Form ID: 148 | Total Noticed: 28 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Denise E. Carlon | on behalf of Creditor Harley-Davidson dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michael R. DuPont | on behalf of Creditor Liberty Savings Federal Credit Union dupont@redbanklaw.com  lori@redbanklaw.com |
| Russell L. Low | on behalf of Debtor Hermes A Ayala ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5